IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY E. GRAY | : CIVIL ACTION |
| v. | : |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security | : NO. 11-4871 |

## ORDER

LEGROME D. DAVIS, J.

AND NOW, this 25th day of May, 2012, upon consideration of the Plaintiff's Request for Review, and the Defendant's Response thereto, and after careful review of the Report and Recommendation of United States Magistrate Jacob P. Hart, IT IS ORDERED that:

1. The Claimant's Request for Review is GRANTED IN PART; and

2. The matter shall be remanded to the agency for the taking of further evidence regarding Gray's mental health and her left-handed numbness.

BY THE COURT:

/s/ Legrome D. Davis
LEGROME D. DAVIS, J.